IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| v. | ) | Criminal No. 10-180 |
| | ) | |
| PAUL C. PEPALA | ) | |

**POSITION OF UNITED STATES WITH RESPECT TO PRESENTENCE REPORT**

AND NOW comes the United States of America, by its attorneys, David J. Hickton, United States Attorney for the Western District of Pennsylvania, and Gregory C. Melucci, Assistant United States Attorney for said district, and files the following Position of United States with Respect to Presentence Report.

The United States has received and reviewed the Presentence Report (PSR) and has conferred with the author of the PSR and defense counsel. The United States presently has no objections to the PSR.

    Respectfully submitted,

    DAVID J. HICKTON
    United States Attorney

    s/ Gregory C. Melucci
    GREGORY C. MELUCCI
    Assistant U.S. Attorney
    U.S. Post Office & Courthouse
    700 Grant Street, Suite 4000
    Pittsburgh, Pennsylvania 15219
    (412) 644-7324 (Phone)
    (412) 644-2644 (Fax)
    gregory.melucci@usdoj.gov
    PA ID No. 56777