# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs. ) | Cr No. 11-127 & CR 10-180 |
| PAUL C. PEPALA ) | |
| Defendants ) | |

**HEARING ON** Sentence

Before Maurice B. Cohill, Jr.

Greg Melucci, AUSA                                    Anthony Bittner, Esq.

Appear for Plaintiff                                    Appear for Defendant

Hearing Begun:   10/20/11, 10:40 a.m.          Court Reporter:   Virginia Pease

Concluded:                10:55 p.m.

**Witnesses**

    Calculated Guidelines: 8/I; 0 to 6 months; not more than 5 years' probation, S.R. not more than 1 year; fine of $1,000 to $10,000; Special Assessment of $25.

    Based on the Court's consideration of the relevant factors set forth in 18 U.S.C. § 3553(a) as they apply to Defendant, Defendant is placed on Probation for a period of 1 year, special assessment of $25; fine is waived.

    The Court grants the motion of the government to dismiss the Indictment filed at Criminal No. 10-180.